976

No. 82–5439.  McCARTY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 82–5451.  HALL v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 82–5455.  YATES v. MEDICAL COLLEGE OF PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 82–5477.  HAMILTON v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 82–5481.  LEWIS v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–5485.  POLANSKY v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 81–1591.  CHASE MANHATTAN BANK, N.A. v. VISHIPCO LINE ET AL.  C. A. 2d Cir.  Motions of New York Clearing House Association and Federal Reserve Bank of New York for leave to file briefs as *amici curiae* granted. Certiorari denied.  JUSTICE WHITE and JUSTICE POWELL would grant certiorari.

No. 81–2249.  SUMNER, WARDEN, SAN QUENTIN PRISON v. MAXWELL.  C. A. 9th Cir.  Certiorari denied.  JUSTICE O'CONNOR would grant certiorari.

No. 81–2273.  CAMINITA v. LOUISIANA.  Sup. Ct. La. Certiorari denied.  JUSTICE WHITE would grant certiorari.

No. 82–181.  PELTZMAN v. FEDERAL MARITIME COMMISSION ET AL.  C. A. D. C. Cir.  Motion of petitioner for leave to proceed as a seaman granted.  Certiorari denied.